**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG          6649-0
SEAN K. SANADA         8191-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrjones.com

Attorneys for Defendant
FIRST HAWAIIAN BANK[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KANDICE L.K. KAGAWA, | CIVIL NO. CV 11-00075 SOM KSC |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER |
| FIRST HAWAIIAN BANK/BANCWEST CORPORATION, as a domestic profit corporation; VIVIAN ADAMS, in her official capacity as Senior Vice President, Human Resources Division, for FIRST HAWAIIAN BANK.; BARBARA NITTA, in her official capacity as Vice President, Human Resources Division, for FIRST HAWAIIAN BANK.; ELIZA YOUNG, in her official capacity as | Trial Date: March 6, 2012 |

---

[1]  Defendants Vivian Adams, Barbara Nitta and Eliza Young were dismissed from the instant matter by this Court's May 4, 2011 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [Doc 23].

424880/0750.006

Manager of the Credit Services Center, for FIRST HAWAIIAN BANK; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,

        Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Kandice L.K. Kagawa and Defendant First Hawaiian Bank, through their respective counsel, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear his/its own costs and attorneys' fees.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action. There are no remaining claims or parties. Trial in this case is set for March 6, 2012.

//

//

//

//

DATED: Honolulu, Hawaii, August 18, 2011.

STIPULATED AND AGREED TO BY:


 /s/ Elizabeth Jubin Fujiwara
ELIZABETH JUBIN FUJIWARA
JOSEPH T. ROSENBAUM

Attorneys for Plaintiff
KANDICE L.K. KAGAWA



/s/ Sarah O. Wang
SARAH O. WANG
SEAN K. SANADA

Attorneys for Defendant
FIRST HAWAIIAN BANK



APPROVED AS TO FORM:

HONOLULU, HAWAII; AUGUST 23, 2011.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

_____
*Kandice L.K. Kagawa v. First Hawaiian Bank,* CV11-00075 SOM-KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER